**Graham L. BLAIR, Plaintiff-Appellant,**

v.

**DELTA AIR LINES, INC., Defendant-Appellee.**

No. 72-2602.

United States Court of Appeals, Fifth Circuit.

June 5, 1973.

Richard W. Aschenbrenner, Miami, Fla., for plaintiff-appellant.

David S. Batcheller, W. O. Mehrtens, Jr., Miami, Fla., for defendant-appellee.

Before WISDOM, GEWIN and COLEMAN, Circuit Judges.

PER CURIAM:

For reasons adequately stated in the opinion of the district court, 344 F.Supp. 360 (S.D.Fla.1972), the judgment is affirmed. See also 344 F.Supp. 367 (S.D.Fla.1972).

**A. C. RENT–A–CAR, INC., Plaintiff-Appellant,**

v.

**The AMERICAN NATIONAL BANK & TRUST COMPANY OF MOBILE et al., Defendants-Appellees,**

**The CURRY CORPORATION, Plaintiff-Appellant,**

v.

**The AMERICAN NATIONAL BANK & TRUST COMPANY OF MOBILE et al., Defendants-Appellees.**

No. 72-2380.

United States Court of Appeals, Fifth Circuit.

June 8, 1973.

Frederick O. Scheske, Miami, Fla., for plaintiffs-appellants.

Mayer W. Perloff, Oliver J. Latour, Jr., Harry H. Riddick, Mobile, Ala., for defendants-appellees.

Before WISDOM, DYER and INGRAHAM, Circuit Judges.

PER CURIAM:

This Court having carefully reviewed the evidence presented to the district court below sitting without a jury, we find the district court's memorandum of Findings of Fact and Conclusions of Law, 339 F.Supp. 506, to be correct, and the judgment is hereby

Affirmed.